IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION


VANESSA WATKINS                                                                    PLAINTIFF

v.                                    Case No. 3:11CV00280 JTK

MICHAEL ASTRUE, Commissioner
Social Security Administration                                                     DEFENDANT


**<u>ORDER</u>**

Pending before the Court is Plaintiff's Motion to Dismiss, DE #6. Plaintiff states that, on

December 22, 2011, the Appeals Council vacated its November 30, 2011, denial that was the subject

of this civil action and issued a new decision remanding the claim for further proceedings.

WHEREFORE, the Motion to Dismiss, DE #6, is GRANTED. The case is hereby dismissed

without prejudice.

SO ORDERED this 6th day of January, 2012.


_____

UNITED STATES MAGISTRATE JUDGE